KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:     hendricksk@gtlaw.com
           rabeb@gtlaw.com
*Attorneys for Defendant Mister Brightside, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVIG, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>MR. BRIGHTSIDE, LLC, an Arizona limited liability company; dba SIMPLY NATURES PROMISE; CHARLES R. BREWER, a Nevada resident; RYAN O'SHAUGNESSY, a California resident; NEWPORT BEAUTY AND WELLNESS, LLC, a Nevada limited liability company; BAYVIEW MARKETING, LLC, a Nevada limited liability company; DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:23-cv-02051-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION BRIEFS**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 7 |

Defendant Mister Brightside, LLC ("Mister Brightside"), by and through its counsel of record, and Plaintiff Evig, LLC ("Evig"), by and through its respective counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend time to oppose Mister Brightside's Motion to Dismiss (ECF No. 5) and Evig's Motion to Remand (ECF No. 6) by ten days, respectively, as follows:

///

1. Mister Brightside filed its motion to dismiss on December 19, 2023, and Evig's response date is currently January 2, 2024.

2. Evig filed its motion to remand on December 21, 2023, and Mister Brightside's response date is currently January 4, 2024.

3. In light of the holidays and prescheduled travel over the next two weeks, and a medical emergency in counsel for Mister Brightside's family, the parties have agreed to a ten-day extension of time to respond to the respective motions.

4. The parties represent this stipulation is made in good faith and not for the purposes of delay. This is the first request to extend time to respond to either of these motions.

5. **As a result of this stipulation, the deadline for Evig's response in opposition to Mister Brightside's motion to dismiss will be January 12, 2024, and Mister Brightside's response in opposition to Evig's motion to remand will be January 15, 2024.**

IT IS SO STIPULATED.

| GREENBERG TRAURIG, LLP | KURT K. HARRIS ESQ., PC |
|---|---|
| /s/ Bethany L. Rabe | /s/ Kurt Harris |
| KARA B. HENDRICKS, ESQ.<br>Nevada Bar No. 07743<br>BETHANY L. RABE, ESQ.<br>Nevada Bar No. 11691<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>*Counsel for Defendant* | KURT HARRIS, ESQ.<br>4730 S. Fort Apache Road<br>Suite 300<br>Las Vegas, Nevada 89147<br>*Counsel for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE:      December 29, 2023