# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EVIG, LLC,

    Plaintiff,

v.

MISTER BRIGHTSIDE, LLC, *et al.*,

    Defendants.

Case No. 2:23-cv-02051-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by February 13, 2024.

IT IS SO ORDERED.

Dated: February 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1