KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:	hendricksk@gtlaw.com
	rabeb@gtlaw.com
*Attorneys for Defendant Mister Brightside, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVIG, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MR. BRIGHTSIDE, LLC, an Arizona limited liability company; dba SIMPLY NATURES PROMISE; CHARLES R. BREWER, a Nevada resident; RYAN O'SHAUGNESSY, a California resident; NEWPORT BEAUTY AND WELLNESS, LLC, a Nevada limited liability company; BAYVIEW MARKETING, LLC, a Nevada limited liability company; DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:23-cv-002051-JAD-NJK<br><br>**STIPULATION AND ORDER TO STAY PENDING FINALIZATION OF SETTLEMENT**<br><br>ECF Nos. 50, 58 |

Defendant MISTER BRIGHTSIDE, LLC, by and through its counsel of record, the law firm of Greenberg Traurig LLP, and Plaintiff, EVIG, LLC, "Plaintiff"), by and through their counsel of record, Kurt K. Harris, Esq., P.C., hereby notify the Court that the Parties reached a settlement agreement at mediation on December 15, 2025.  The Parties hereby stipulate and agree that all pending matters in the above-captioned litigation

1

be stayed for sixty (60) days so that the Parties may finalize a formal written agreement.

The Parties will file a stipulated dismissal once their settlement agreement is finalized and executed, or a status report in sixty (60) days if such dismissal has not occurred.

DATED this 17th day of December, 2025.      DATED this 17th day of December, 2025.

**GREENBERG TAURIG, LLP**                   **KURT K. HARRIS, ESQ., P.C.**

  */s/ Bethany Rabe*                          */s/ Kurt Harris*
KARA B. HENDRICKS, ESQ.                     KURT HARRIS, ESQ.
Nevada Bar No. 7743                         Nevada Bar No. 5354
BETHANY L. RABE, ESQ.                       4730 S. Fort Apache Rd. Suite 300
Nevada Bar No. 11691                        Las Vegas, Nevada 89147
10845 Griffith Peak Drive, Suite 600        *Counsel for Plaintiff Evig*
Las Vegas, Nevada 89135
*Counsel for Defendant Mister Brightside*

## ORDER

Based on the parties' stipulation **[ECF No. 58]** and with good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED through February 17, 2026**, to allow the parties to complete and file settlement documents. The pending supplemental motion for attorneys' fees **[ECF No. 50]** is DENIED as moot and without prejudice to its prompt refiling should the settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 19, 2025

.