KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:     hendricksk@gtlaw.com
           rabeb@gtlaw.com

*Attorneys for Defendant Mister Brightside, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVIG, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MISTER BRIGHTSIDE, LLC, an Arizona limited liability company; dba SIMPLY NATURES PROMISE; CHARLES R. BREWER, a Nevada resident; RYAN O'SHAUGNESSY, a California resident; NEWPORT BEAUTY AND WELLNESS, LLC, a Nevada limited liability company; BAYVIEW MARKETING, LLC, a Nevada limited liability company; DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02051-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 60 |

Plaintiff EVIG, LLC ("Plaintiff" or "EVIG") and Defendant MISTER BRIGHTSIDE, LLC ("Defendant" or "Mister Brightside"), by and through their undersigned counsel of record, hereby stipulate that any and all claims against Mister Brightside, LLC shall be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

ACTIVE 717754862v1

1

Each party to bear its own attorneys' fees and costs.

DATED this 27th day of January 2026.

DATED this 27th day of January 2026.

**HARRIS LAW OFFICE**

**GREENBERG TRAURIG, LLP**

 /s/ Kurt K. Harris
KURT K. HARRIS, ESQ.
Nevada Bar No. 05354
4730 S. Fort Apache Road
Suite 300
Las Vegas, Nevada 89147

 /s/ Bethany L. Rabe
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Plaintiff EVIG, LLC*

*Counsel for Defendant Mister Brightside, LLC*

### ORDER

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
January 27, 2026

2

ACTIVE 717754862v1